KALLMERTEN v. COWEN et al.

(Circuit Court of Appeals, Sixth Circuit. October 26, 1901.)

No. 892.

RAILROADS—ACCIDENT AT CROSSING—FAILURE TO LOOK.

A person who in broad daylight, without looking, and without any valid excuse for not looking, walked upon a railroad crossing with which he was familiar, and was killed by a passing train, when, if he had looked, he could have seen the train for several hundred feet before he

reached the crossing, was guilty of contributory negligence which precludes a recovery for his death.

In Error to the Circuit Court of the United States for the Northern District of Ohio.

H. E. Bell, for plaintiff in error.

J. H. Collins, for defendants in error.

Before LURTON, DAY, and SEVERENS, Circuit Judges. ·

PER CURIAM. Conrad Kallmerten was killed at a point where one of the streets of Mansfield, Ohio, is crossed obliquely by a switching track of the railroad company. The court below, on the conclusion of the plaintiff's evidence, instructed the jury to find for the defendant by reason of the contributory negligence of the deceased, and this is the only error relied upon. The judgment must be affirmed. The accident occurred in broad daylight. The deceased was familiar with the crossing. He was walking in the street, and could have seen the approaching cars for several hundred feet before he reached the crossing, if he had looked. The evidence was conclusive that he did not look before going on the track, and no legal excuse appears which would justify or excuse his want of attention to his surroundings.

Judgment affirmed.